USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    JUN 0 6 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       - v. -                                    :    **INDICTMENT**

DAVID RUSH,                                  :    **17 CRIM 355**

            Defendant.          :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.    From at least in or about October 2016, up to and including in or about May 2017, in the Southern District of New York and elsewhere, DAVID RUSH, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that DAVID RUSH, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substance that DAVID RUSH, the defendant, conspired to distribute and possess with intent to distribute was twenty-eight grams and more of mixtures and substances containing a detectable amount of cocaine base, in

**JUDGE BUCHWALD**

the form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.   On or about May 18, 2017, in the Southern District of New York and elsewhere, DAVID RUSH, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm, to wit, a 9mm Taurus Model PT-92C pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

## FORFEITURE ALLEGATION

5.   As a result of committing the offense alleged in Counts One of this Indictment, DAVID RUSH, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing

2

the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

6.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID RUSH,

Defendant.

INDICTMENT

17 Cr.

(18 U.S.C. §§ 922(g) and 2;
21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney.

A TRUE BILL

Foreperson.

6/6/17 - Filed Indictment
ac     Case assigned to J. Buchwald